IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRI L. BEAUMONT, | CIVIL ACTION |
| Plaintiff, | Case No. 2:16-cv-0378-AJS |
| v. | |
| FAY SERVICING, | |
| Defendant. | |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Andrew K. Stutzman as counsel for Defendant Fay Servicing, LLC in the above-captioned matter.

/s/ Andrew K. Stutzman
Andrew K. Stutzman, Esquire
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
(215) 564-8000
(215) 564-8120 (fax)
astutzman@stradley.com

*Counsel for Defendant,*
*Fay Servicing, LLC*

Dated: May 9, 2016

## **CERTIFICATE OF SERVICE**

I, Andrew K. Stutzman, Esquire hereby certify that on May 9, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The foregoing was also served via First Class U.S. Mail, postage pre-paid, upon the following:

Terri L. Beaumont
P.O. Box 4
Darlington, PA 16115
*Pro Se Plaintiff*

/s/ Andrew K. Stutzman
Andrew K. Stutzman, Esquire

# 2822936