# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRI L. BEAUMONT, | CIVIL ACTION |
| Plaintiff, | Case No. 2:16-cv-0378-AJS |
| v. | |
| FAY SERVICING, | |
| Defendant. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Fay Servicing, LLC, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public. Fay Financial, LLC is a Delaware limited liability company and is the ultimate parent company of Fay Servicing, LLC. No publicly held corporation owns 10% or more of its stock.

/s/ Andrew K. Stutzman
Andrew K. Stutzman, Esquire
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
(215) 564-8000
(215) 564-8120 (fax)
astutzman@stradley.com

*Counsel for Defendant,*
*Fay Servicing, LLC*

Dated: May 9, 2016

## **CERTIFICATE OF SERVICE**

       I, Andrew K. Stutzman, Esquire hereby certify that on May 9, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The foregoing was also served via First Class U.S. Mail, postage pre-paid, upon the following:

> Terri L. Beaumont
> P.O. Box 4
> Darlington, PA 16115
> *Pro Se Plaintiff*

       /s/ Andrew K. Stutzman
       Andrew K. Stutzman, Esquire