# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRI L. BEAUMONT, | CIVIL ACTION |
| Plaintiff, | Case No. 2:16-cv-0378-AJS |
| v. | |
| FAY SERVICING, | |
| Defendant. | |

## ORDER

AND NOW this 18th day of May, 2016, upon consideration of the Motion to Admit Michelle H. Badolato, Esquire *Pro Hac Vice*, it is hereby ORDERED, ADJUDGED, AND DECREED that Michelle H. Badolato is hereby admitted *pro hac vice* to the bar of the Western District of Pennsylvania in the above-captioned case.

BY THE COURT:

Arthur J. Schwab
United States District Judge

# 2825662 v. 1