IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRI L. BEAUMONT, | CIVIL ACTION |
| Plaintiff, | Case No. 2:16-cv-0378-AJS |
| v. | |
| FAY SERVICING, | |
| Defendant. | |

**ORDER**

AND NOW, this 7th day of June, 2016, upon consideration of the Motion of Defendant, Fay Servicing, LLC ("Fay Servicing"), for Leave to File a Reply Brief in Support of its Motion to Dismiss the Complaint, and any response thereto, it is hereby ORDERED that said Motion is GRANTED. It is further ORDERED that Fay Servicing is hereby permitted to file the reply brief attached as Exhibit "1" to its Motion for Leave.

Reply Brief must be filed on ECF on or before 6/8/16 at noon.

BY THE COURT:

*Arthur J. Schwab*

Honorable Arthur J. Schwab
United States District Judge

# 2847621 v. 1