IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TERRI L. BEAUMONT,

        Plaintiff,                         16cv0378
                                            ELECTRONICALLY FILED
        v.

FAY SERVICING,

        Defendant.

## ORDER OF COURT

Before the Court is Plaintiff's Motion for Extension of Time to File Amended Complaint (doc. no. 19). The Court will GRANT Plaintiff's Motion and will permit Plaintiff to file an Amended Complaint in conformity with the Federal Rules of Civil Procedure, on or before July 7, 2016. Defendant may answer or otherwise plead thereto by July 12, 2016. If Defendant again files a renewed Motion to Dismiss, Plaintiff is directed to respond no later than July 20, 2016.

Further, the Initial Case Management Conference scheduled for 6/29/16 at 9:00 AM is RESCHEDULED for July 26, 2016 at 8:30 A.M., Courtroom 7, U. S. Courthouse.

SO ORDERED, this 22nd day of June, 2016

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Court Judge