## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRI L. BEAUMONT, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | Case No. 2:16-cv-0378-AJS |
| v. | : | |
| | : | |
| FAY SERVICING, LLC | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 13th day of July, 2016, this matter coming before the Court upon Defendant's Motion for Extension of Time to Respond to Plaintiff's Amended Verified Complaint, it is hereby ORDERED that:

1. The Motion is GRANTED;

2. Defendant shall to respond to Plaintiff's Amended Verified Complaint on or before July 26, 2016;

3. If Defendant files a renewed Motion to Dismiss, Plaintiff shall file a response no later than July 22, 2016; and

4. The Initial Case Management Conference shall occur on July 26, 2016 at 8:30, Courtroom 7.

_____
Arthur J. Schwab
United States District Court Judge