IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TERRI L. BEAUMONT,

       Plaintiff,                        16cv0378
                                          ELECTRONICALLY FILED

       v.

FAY SERVICING,

       Defendant.

## Order of Court

And now, this 9th day of August, 2016, for the reasons set forth in the Accompanying Memorandum Opinion, it is hereby Ordered that Defendant's Motion to Dismiss (doc. no. 24) is GRANTED and the Amended Complaint is dismissed with prejudice. The Clerk shall mark the docket closed.

                                           **SO ORDERED** this 9th day of August, 2016.

                                           s/Arthur J. Schwab
                                           Arthur J. Schwab
                                           United States District Judge

cc: All ecf-registered counsel of record

TERRI L. BEAUMONT/THOMAS W. BEAUMONT
PO Box 4
Darlington, PA 16115